# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BERNARD J. DOLOBACH<br>HEIDI A. DOLOBACH | Case No. 15-20548JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>BANK OF NEW YORK MELLON -<br>TRUSTEE<br>Respondents | Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED.

BANK OF NEW YORK MELLON - TRUSTEE  Court claim# 3/Trustee CID# 6
C/O CALIBER HOME LOANS INC F/K/A
VERICREST FNNCL
PO BOX 24330
OKLAHOMA CITY, OK 73124

The Movant further certifies that on 05/10/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>BERNARD J. DOLOBACH, HEIDI A. DOLOBACH, 102 SOUTH WALNUT STREET, MASONTOWN, PA  15461 | DEBTOR'S COUNSEL:<br>DANIEL R WHITE ESQ, ZEBLEY MEHALOV & WHITE PC, POB 2123*, UNIONTOWN, PA  15401 |
| ORIGINAL CREDITOR'S COUNSEL:<br>RICHARD M SQUIRE ESQ, RICHARD M SQUIRE & ASSOC LLC, 115 WEST AVE STE 104, JENKINTOWN, PA  19046 | :<br>BANK OF NEW YORK MELLON, C/O CALIBER HOME LOAN INC, 13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134 |
| ORIGINAL CREDITOR:<br>BANK OF NEW YORK MELLON - TRUSTEE, C/O CALIBER HOME LOANS INC F/K/A VERICREST FNNCL, PO BOX 24330, OKLAHOMA CITY, OK  73124 | |
| NEW CREDITOR: | |