IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20548 JAD |
| | : | |
| Bernard J. Dolobach and Heidi A. Dolobach, also known as Heidi A. Opel, | : : | Chapter 13 |
| | : | Document No. |
| Debtors. | : : | Related to Document Nos. |
| Heidi A. Dolobach, also known as Heidi A. Opel, | : : | Hearing Date and Time: |
| | : | |
| Movant, | : : | |
| vs. | : : | Response due by: January 27, 2020 |
| Atlantic Credit & Finance, Inc.; FFPM Carmel Holdings I, LLC; and LVNV Funding, | : : : | Hearing Date and Time: February 7, 2020, at 11:00 a.m. |
| | : | |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO AVOID JUDICIAL LIENS

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Avoid Judicial Liens filed on January 9, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Avoid Judicial Liens appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judicial Liens were to be filed and served no later than January 27, 2020.

    It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Liens be entered by the Court.

Dated: January 28, 2020

ZEBLEY MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    (724) 439-9200
    Email: dwhite@Zeblaw.com
    Attorneys for Debtors