**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20548 JAD |
| | : | |
| Bernard J. Dolobach and Heidi A. Dolobach, also known as Heidi A. Opel, | : | Chapter No. 13 |
| | : | Document No. 73 |
| Debtors. | : | |
| | : | |
| Bernard J. Dolobach, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Chase Bank USA, NA; LVNV Funding; and Midland Funding, LLC, | : | |
| | : | |
| Respondents. | : | |

ORDER ON MOTION TO AVOID JUDICIAL LIENS

AND NOW, upon consideration of Debtor/Husband's motion to avoid judicial liens, the Court orders the following:

1. The judicial lien of Respondent, Chase Bank USA, NA, filed at No. 2031 of 2007, G.D., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Husband would be otherwise entitled under 11 U.S.C. §522(d).

2. The judicial lien of Respondent, LVNV Funding, filed at No. 481 of 2011, D.S.B., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Husband would be otherwise entitled under 11 U.S.C. §522(d).

3. The judicial lien of Respondent, Midland Funding, LLC, filed at No. 1268 of 2011, D.S.B., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Husband would be otherwise entitled under 11 U.S.C. §522(d).

4. The aforesaid judicial liens are hereby declared avoided and unenforceable in their entirety.

BY THE COURT

Dated: ___January , 20_____, 2020      _____jsf_____J.
Judge Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
1/29/20 1:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Bernard J. Dolobach
Heidi A. Dolobach
    Debtors

Case No. 15-20548-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dpas　　　Page 1 of 1　　　Date Rcvd: Jan 29, 2020
　　　　　　　　　　　　　Form ID: pdf900　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
db/jdb　　　　+Bernard J. Dolobach,　　Heidi A. Dolobach,　　102 South Walnut Street,　　Masontown, PA 15461-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
        Andrew M. Lubin　　on behalf of Creditor　　The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com, bkecf@milsteadlaw.com
        Daniel R. White　　on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
        Daniel R. White　　on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
        Daniel R. White　　on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
        Daniel R. White　　on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
        James Warmbrodt　　on behalf of Creditor　　The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
        Joseph P. Schalk　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com, sromig@barley.com
        Matthew M. Pavlovich　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com, sruschak@prpclaw.com
        Matthew M. Pavlovich　　on behalf of Defendant　　The Bank of New York Mellon mpavlovich@prpclaw.com, sruschak@prpclaw.com
        Morris Anthony Scott　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 pabk@logs.com
        Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
        Richard M. Squire　　on behalf of Creditor　　The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com, kdiskin@squirelaw.com
        Richard M. Squire　　on behalf of Defendant　　The Bank of New York Mellon lcolwell@squirelaw.com, kdiskin@squirelaw.com
        Richard M. Squire　　on behalf of Creditor　　THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com, kdiskin@squirelaw.com
        Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
        Sarah Kathleen McCaffery　　on behalf of Creditor　　Select Portfolio Servicing, Inc., as servicing agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders o bankruptcy@powerskirn.com
        Sarah Kathleen McCaffery　　on behalf of Creditor　　The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bankruptcy@powerskirn.com
                                                                                                 TOTAL: 17