UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20548 JAD |
| | : | |
| Bernard J. Dolobach and Heidi A. Dolobach, also known as Heidi A. Opel, | : | Chapter No. 13 |
| | : | |
| | : | Document No. 75 |
| Debtors. | : | |
| | : | |
| Heidi A. Dolobach, also known as Heidi A. Opel, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Atlantic Credit & Finance, Inc.; FFPM Carmel Holdings I, LLC; and LVNV Funding, | : | |
| | : | |
| Respondents. | : | |

ORDER ON MOTION TO AVOID JUDICIAL LIENS

AND NOW, upon consideration of Debtor's motion to avoid judicial liens, the Court orders the following:

1. The judicial lien of Respondent, FFPM Carmel Holdings I, LLC, filed at No. 546 of 2009, D.S.B., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Wife would be otherwise entitled under 11 U.S.C. §522(d).

2. The judicial lien of Respondent, LVNV Funding, filed at No. 2776 of 2008, G.D., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Wife would be otherwise entitled under 11 U.S.C. §522(d).

3. The judicial lien of Respondent, Atlantic Credit & Finance, Inc., filed at No. 2323

       of 2009, D.S.B., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Wife would be otherwise entitled under 11 U.S.C. §522(d).

4.    The judicial lien of Respondent, LVNV Funding, LLC, filed at No. 1510 of 2011, D.S.B., Fayette County, Pennsylvania, Court of Common Pleas, impairs an exemption to which Debtor/Wife would be otherwise entitled under 11 U.S.C. §522(d).

5.    The aforesaid judicial liens are hereby declared avoided and unenforceable in their entirety.

Dated:   January 29, 2020

BY THE COURT

_____ J.
jsf
Judge Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
1/29/20 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20548-JAD
Bernard J. Dolobach                                                       Chapter 13
Heidi A. Dolobach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dpas              Page 1 of 1            Date Rcvd: Jan 29, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
db/jdb         +Bernard J. Dolobach,   Heidi A. Dolobach,   102 South Walnut Street,   Masontown, PA 15461-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com,    sromig@barley.com
              Matthew M. Pavlovich    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Matthew M. Pavlovich    on behalf of Defendant    The Bank of New York Mellon
               mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Morris Anthony Scott    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Defendant    The Bank of New York Mellon lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual
               capacity but solely as Trustee on behalf of the holders o bankruptcy@powerskirn.com
              Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders
               of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bankruptcy@powerskirn.com
                                                                                                 TOTAL: 17