# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

02/06/2020

IN RE:

| | |
|---|---|
| BERNARD J. DOLOBACH | Case No.15-20548 JAD |
| HEIDI A. DOLOBACH | |
| 102 SOUTH WALNUT STREET | Chapter 13 |
| MASONTOWN,  PA  15461 | |
| XXX-XX-8934        Debtor(s) | |

XXX-XX-4283

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee´s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/6/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ANDREW L SPIVACK ESQ FOR JOSEPH P SCHA** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| PHELAN HALLINAN DIAMOND & JONES | Court Claim Number: | ACCOUNT NO.: |
| 1617 JFK BLVD STE 1400 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19103-1814 | COMMENT:  BNY MELLON/PRAE | |

| | | |
|---|---|---|
| **ATLANTIC CREDIT & FINANCE INC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1729 PITTSTON AVE | Court Claim Number: | ACCOUNT NO.:  NO 2323 OF 2009 DSB |
| | CLAIM:  0.00 | |
| SCRANTON, PA  18505 | COMMENT:  AVD/OE*JUDGMENT | |

| | | |
|---|---|---|
| **GREEN TREE SERVICING LLC(*)** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTENTION: BK CASH MANAGEMENT | Court Claim Number:11 | ACCOUNT NO.:  2898 |
| 301 W BAY STREET | | |
| FLOOR 22, J253 | CLAIM:  45,811.22 | |
| JACKSONVILLE, FL  32202 | COMMENT:  UNSEC/OE*AVD/PL@BNFCL*3RD*DK | |

| | | |
|---|---|---|
| **BENEFICIAL MORTGAGE CORP* (RE)++** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN REAL ESTATE PMT PROCESSNG | Court Claim Number: | ACCOUNT NO.:  106 OPALS DR MCCLELLAND |
| 636 GRAND REGENCY BLVD | | |
| | CLAIM:  0.00 | |
| BRANDON, FL  33510 | COMMENT:  OUTSIDE/PL*1ST*NO$/SCH*DK~ | |

| | | |
|---|---|---|
| **BENEFICIAL MORTGAGE CORP* (RE)++** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| ATTN REAL ESTATE PMT PROCESSNG | Court Claim Number: | ACCOUNT NO.:  106 OPALS DR MCCLELLAND |
| 636 GRAND REGENCY BLVD | | |
| | CLAIM:  0.00 | |
| BRANDON, FL  33510 | COMMENT:  NT PROV/PL*4TH*NO$/SCH*SATISFIED/CONCIL NOTE | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:3 | ACCOUNT NO.:  3629 |
| PO BOX 65450 | | |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  C3 GOVS*PMT/NOTE-PL*CALIBER HM LNS/SCH*663.57x(60+2)=LMT*1ST*BGN 3/15* | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:10 | ACCOUNT NO.:  4649 |
| PO BOX 65450 | | |
| | CLAIM:  20,013.22 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  UNS BAL AFT OE*2ND*CALIBER HM LNS/SCH*W/ CID-56*FR BNY/CALIBER*DOC 62 | |

| | | |
|---|---|---|
| **CALIFORNIA UNIVERSITY OF PA** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  SECURED CREDITOR |
| 250 UNIVERSITY AVE | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| CALIFORNIA, PA  15419-1394 | COMMENT:  OUTSIDE/PL*NO ADR/SCH*TIAA/CREF? | |

| | | |
|---|---|---|
| **CHASE BANK USA NA(*)** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK | Court Claim Number: | ACCOUNT NO.:  102 SOUTH WALNUT ST MAS |
| PO BOX 15368 | | |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  AVD/OE*JUDGMENT | |

| | | |
|---|---|---|
| **FFPM CARMEL HOLDINGS LLC++** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 1976 | Court Claim Number: | ACCOUNT NO.:  102 SOUTH WALNUT ST MAS |
| | CLAIM:  0.00 | |
| SOUTHGATE, MI  48195 | COMMENT:  AVD/OE*NT ADR/SCH*JUDGMENT | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:11  INT %:  6.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:6 | ACCOUNT NO.:  1035 |
| 4140 E STATE ST | | |
| | CLAIM:  21,171.84 | |
| HERMITAGE, PA  16148 | COMMENT:  $/PL-CL@6%@MDF/PL*PRIN BAL/CL*2ND*W/54 | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:12  INT %:  6.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:8 | ACCOUNT NO.:  1040 |
| 4140 E STATE ST | | |
| | CLAIM:  6,557.23 | |
| HERMITAGE, PA  16148 | COMMENT:  $/PL-CL@6%@MDF/PL*PRIN BAL/CL*3RD*W/52*DK | |

| | | |
|---|---|---|
| **HYUNDAI MOTOR FINANCE CO** | Trustee Claim Number:13  INT %:  5.79% | CRED DESC:  VEHICLE |
| ATTN: BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.:  20120402763565 |
| POB 20809 | | |
| | CLAIM:  8,260.00 | |
| FOUNTAIN VALLEY, CA  92728-0809 | COMMENT:  $@5.79%@MDF/PL*PMT/CNF | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number: | ACCOUNT NO.:  NO 18 OF 2015 FTL: 09-10 |
| PO BOX 7317 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  CLM@CID50 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS LP | Court Claim Number:7 | ACCOUNT NO.:  1144 |
| POB 10675 | | |
| | CLAIM:  10,068.24 | |
| GREENVILLE, SC  29603 | COMMENT:  AVD/OE*JDGMNT*0%/FACE*DK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS LP | Court Claim Number:13 | ACCOUNT NO.:  1728 |
| POB 10675 | | |
| | CLAIM:  8,138.00 | |
| GREENVILLE, SC  29603 | COMMENT:  AVD/OE*JUDGMENT | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number: | ACCOUNT NO.:  102 SOUTH WALNUT ST MAS |
| POB 10587 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  AVD/OE*NT ADR/SCH*JUDGMENT | |

| | | |
|---|---|---|
| **MIDLAND FUNDING** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.:  102 SOUTH WALNUT ST MAS |
| | | |
| | CLAIM:  0.00 | |
| WARREN, MI  48090 | COMMENT:  AVD/OE*JUDGMENT | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5-2 | ACCOUNT NO.:  8934 |
| PO BOX 7317 | | |
| | CLAIM:  52,089.94 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/CL-PL*AMD*ALSO AMD C11*DK | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number: | ACCOUNT NO.:  8934 |
| STRAWBERRY SQ | | |
| | CLAIM:  1,518.00 | |
| HARRISBURG, PA  17128 | COMMENT:  8934;4283: 09,11,14*$TTL/PL/DKT*PIF/CRLTR*NTC-RSV | |

| | | |
|---|---|---|
| **BENCO DENTAL SUPPLY COMPANY** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 11 BEAR CREEK BOULEVARD | Court Claim Number: | ACCOUNT NO.: ? |
| P.O. BOX 1108 | | |
| | CLAIM: 0.00 | |
| WILKES-BARRE, PA 18773 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **BP/AMOCO** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6497 | Court Claim Number: | ACCOUNT NO.: 38913020 |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CHASE/JPMORGAN CHASE(*)++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 17055 *CARDMEMBER SRVCS | Court Claim Number: | ACCOUNT NO.: 44417129376139503 |
| ATN BKRPTCY TRSTEE PMT PRCSSNG | | |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19850-7055 | COMMENT: | |

| | | |
|---|---|---|
| **CNA INSURANCE++** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1212 GRANT BUILDING | Court Claim Number: | ACCOUNT NO.: 107209700 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **COMMUNITY BANK(*)** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2111 N FRANKLIN DR | Court Claim Number:9 | ACCOUNT NO.: 0255 |
| | CLAIM: 20,146.31 | |
| WASHINGTON, PA 15301 | COMMENT: NO LAST PMT/CHARGE OFF DATE | |

| | | |
|---|---|---|
| **DENTAL CITY** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 3205 YEAGER | Court Claim Number: | ACCOUNT NO.: ? |
| PO BOX 8267 | | |
| | CLAIM: 0.00 | |
| GREEN BAY, WI 54306 | COMMENT: | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:4 | ACCOUNT NO.: 1168 |
| PO BOX 3025 | | |
| | CLAIM: 1,351.16 | |
| NEW ALBANY, OH 43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **EQUITY ONE++** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2540 AIKENS CENTER | Court Claim Number: | ACCOUNT NO.: 3364507 |
| | CLAIM: 0.00 | |
| MARTINSBURG, WV 25401 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **ERIE INSURANCE** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 478 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| N VERSAILLES, PA 15137 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **FAYETTE FEDERAL EMPLOYEES FCU** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 364 MORGANTOWN ST | Court Claim Number: | ACCOUNT NO.: 24290501002494001 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA 15401 | COMMENT: | |

| | | |
|---|---|---|
| **FAYETTE FEDERAL EMPLOYEES FCU** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 364 MORGANTOWN ST | Court Claim Number: | ACCOUNT NO.: 24290201002494005 |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA  15401 | COMMENT: | |

| | | |
|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(\*)** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| DEPT 55953 | Court Claim Number: | ACCOUNT NO.: ? |
| PO BOX 55000 | | |
| | CLAIM: 0.00 | |
| DETROIT, MI  48255-0953 | COMMENT: SURR | |

| | | |
|---|---|---|
| **FOUNDATION RADIOLOGY GROUP++** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 60 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15230 | COMMENT: | |

| | | |
|---|---|---|
| **JESSE & FRICHTEL PRECISION DENTAL** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1661 GOLDEN MILE HIGHWAY | Court Claim Number: | ACCOUNT NO.: OD110620 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA  15239 | COMMENT: | |

| | | |
|---|---|---|
| **MIDNIGHT VELVET** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SERVICE\* | Court Claim Number: | ACCOUNT NO.: 8429393931550 |
| PO BOX 800849 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75380 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **MONONGALIA GENERAL HOSPITAL** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1200 JD ANDERSON DR | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| MORGANTOWN, WV  26505 | COMMENT: | |

| | | |
|---|---|---|
| **MT MACRENA** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 520 WEST MAIN ST | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA  15401-2602 | COMMENT: DISPUTED | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:2 | ACCOUNT NO.: 5778 |
| | CLAIM: 545.01 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94982 | Court Claim Number:1 | ACCOUNT NO.: 9245 |
| | CLAIM: 27,828.88 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| | | |
|---|---|---|
| **QUALITY CRAFT DENTAL STUDIO** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 3223 SHALLOWFIELD RD | Court Claim Number: | ACCOUNT NO.: 73 |
| | CLAIM: 0.00 | |
| ATLANTA, GA  30341 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **RESURGENT CAPITAL SVCS** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 10587 | Court Claim Number: | ACCOUNT NO.:  0332001428 |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **RESURGENT CAPITAL SVCS** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 10587 | Court Claim Number: | ACCOUNT NO.:  0350703576 |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT: | |

| | | |
|---|---|---|
| **JOYCE SHEEHAN** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 416 MARKET ST | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| BROWNSVILLE, PA  15417 | COMMENT: | |

| | | |
|---|---|---|
| **THE SWISS COLONY** | Trustee Claim Number:44  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.:  842939393184A |
| PO BOX 800849 | CLAIM:  0.00 | |
| DALLAS, TX  75380 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **UNIVERSITY HEALTH ASSOC** | Trustee Claim Number:45  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 780 | Court Claim Number: | ACCOUNT NO.:  3495678 |
| | CLAIM:  0.00 | |
| MORGANTOWN, WV  26507-4009 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **VERIZON WIRELESS** | Trustee Claim Number:46  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 500 TECHNOLOGY DR STE 550 | Court Claim Number: | ACCOUNT NO.:  8535934273 |
| ATTN ADMINISTRATION | | |
| | CLAIM:  0.00 | |
| WELDON SPRING, MO  63304 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA** | Trustee Claim Number:47  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN PAYMENT PROCESSING | Court Claim Number: | ACCOUNT NO.:  75333614 |
| PO BOX 14487 | | |
| | CLAIM:  0.00 | |
| DES MOINES, IA  50309 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **WEST VIRGINIA UNIVERSITY MEDIC** | Trustee Claim Number:48  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| COLLECTION DIVISION | Court Claim Number: | ACCOUNT NO.:  30398127 |
| POB 776 | | |
| | CLAIM:  0.00 | |
| MORGANTOWN, WV  26507 | COMMENT:  WV UNI HOSP/SCH | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:49  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O SELECT PORTFOLIO SERVICING INC* | Court Claim Number:3 | ACCOUNT NO.:  3629 |
| PO BOX 65450 | | |
| | CLAIM:  1,990.71 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  C3 GOVS*$/CL-PL*CALIBER HM LNS/SCH*1ST*THRU 2/15*$ RTND@6*FR BNY/CALI | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:50  INT %:  3.00% | CRED DESC:  SECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5-2 | ACCOUNT NO.:  8934 |
| PO BOX 7317 | | |
| | CLAIM:  9,201.99 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $/PL-CL@STAT%/PL*SCH@CID 14*AMD*ALSO AMDS C11*DK | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:5-2 | ACCOUNT NO.: 8934 |
| PO BOX 7317 | | |
| | CLAIM: 3,526.76 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  NO GEN UNS/SCH\*AMD\*ALSO AMDS C11\*DK | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(\*)** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| LOAN ADJUSTMENT DEPT\* | Court Claim Number:8 | ACCOUNT NO.: 1040 |
| 4140 E STATE ST | | |
| | CLAIM: 1,102.00 | |
| HERMITAGE, PA  16148 | COMMENT:  $@0%/CNF\*NON-INT\*3RD\*W/12\*DK | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O SELECT PORTFOLIO SERVICING INC\* | Court Claim Number:10 | ACCOUNT NO.: 4649 |
| PO BOX 65450 | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  AVD@CID7\*ARRS 7642.18/CL\*2ND\*CALIBER/SCH\*FR BNY/CALIBER\*DOC 62 | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(\*)** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| LOAN ADJUSTMENT DEPT\* | Court Claim Number:6 | ACCOUNT NO.: 1035 |
| 4140 E STATE ST | | |
| | CLAIM: 706.25 | |
| HERMITAGE, PA  16148 | COMMENT:  $@0%/CNF\*NON-INT\*W/11 | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.: 7087 |
| POB 10587 | | |
| | CLAIM: 2,200.68 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  NT/SCH\*HSBC/BON TON\*STALE DATED | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - TRUSTEE** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O SELECT PORTFOLIO SERVICING INC\* | Court Claim Number:10 | ACCOUNT NO.: 4649 |
| PO BOX 65450 | | |
| | CLAIM: 4,500.00 | |
| SALT LAKE CITY, UT  84165-0450 | COMMENT:  $/STIP OE-PL@0%MDF/PL\*W/CID-7\*DK\*FR BNY/CALIBER\*DOC 62 | |

| | | |
|---|---|---|
| **SARAH K MCCAFFERY ESQ** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| RICHARD M SQUIRE & ASSOC LLC | Court Claim Number: | ACCOUNT NO.: |
| 115 WEST AVE STE 104 | | |
| | CLAIM: 0.00 | |
| JENKINTOWN, PA  19046 | COMMENT:  FOR BNY/SELECT PORTFOLIO PRAE | |

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  SELECT PORTFOLIO~BANK OF NY MELLON/PRAE | |