## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  BERNARD J DOLOBACH<br>HEIDI A DOLOBACH | CASE NO: 15-20548 JAD<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 90 & 92<br>Hearing Date: May 27, 2020<br>Hearing Time: 11:00 a.m.<br>Response Date: May 1, 2020 |

On 4/14/2020, I did cause a copy of the following documents, described below,

Debtors' Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13  ECF Docket Reference No. 90 & 92

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/14/2020

/s/ Daniel R. White
Daniel R. White  78718
dwhite@zeblaw.com
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  BERNARD J DOLOBACH<br>HEIDI A DOLOBACH | CASE NO: 15-20548 JAD<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 90 & 92<br>Hearing Date: May 27, 2020<br>Hearing Time: 11:00 a.m.<br>Response Date: May 1, 2020 |

On 4/14/2020, a copy of the following documents, described below,

Debtors' Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13  ECF Docket Reference No. 90 & 92

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/14/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              ABRAHAMSEN RATCHFORD                  APOTHAKER SCIAN
 LABEL MATRIX FOR LOCAL NOTICING       120 NORTH KEYSER AVENUE               520 FELLOWSHIP ROADC306
03152                                  SCRANTON PA 18504-9701                MOUNT LAUREL NJ 08054-3410
CASE 15-20548-JAD
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
TUE APR 14 13-14-21 EDT 2020


ASSET ACCEPTANCE CORP                  ATLANTIC CREDIT   FINANCE INC         JPMORGAN CHASE BANK N A
PO BOX 2036                            1729 PITTSTON AVENUE                  BANKRUPTCY MAIL INTAKE TEAM
WARREN MI 48090-2036                   SCRANTON PA 18505-4514                700 KANSAS LANE FLOOR 01
                                                                             MONROE LA 71203-4774



BENCO DENTAL COMPANY                   BENEFICIAL MORTGAGE OF PA             BON TON
290 EXECUTIVE DRIVE                    636 GRAND REGENCY BOULEVARD           HSBC RETAIL SERVICES
CRANBERRY TWP PA 16066-6436            BRANDON FL 33510-3942                 PO BOX 15221
                                                                             WILMINGTON DE 19850-5221



CNA INSURANCE COMPANIES                CST CO                                CALIBER HOME LOANS
CO CISCO INC                           CST BUILDING                          PO BOX 24610
DEPT 11994                             PO BOX 33127                          OKLAHOMA CITY OK 73124-0610
PO BOX 1259                            LOUISVILLE KY 40232-3127
OAKS PA 19456-1259



CITIFINANCIAL                          COLLECTION SERVICE CENTER INC         COMMUNITY BANK
PO BOX 6043                            363 VANADIUM ROAD                     ATTN COLLECTIONS
SIOUX FALLS SD 57117-6043              STE 109                               90 W CHESTNUT ST SUITE 100
                                       PITTSBURGH PA 15243-1477              WASHINGTON PA 15301-4524



COMMUNITY BANK                         CREDIT MANAGEMENT CONTROL             DENTAL CITY
PO BOX 369                             100 S OWASSO BOULEVARD W              3205 YEAGER
DONNER AT SIXTH                        SAINT PAUL MN 55117-1036              PO BOX 8267
MONESSEN PA 15062-0369                                                       GREEN BAY WI 54308-8267



DISCOVER FINANCIAL SERVICES LLC        DISCOVER BANK                         EXCLUDE
PO BOX 3025                            DISCOVER PRODUCTS INC                 BERNARD J DOLOBACH
NEW ALBANY OH 43054-3025               PO BOX 3025                           102 SOUTH WALNUT STREET
                                       NEW ALBANY OH 43054-3025              MASONTOWN PA 15461-2135



EXCLUDE                                EQUITY ONE                            ERIE INSURANCE EXCHANGE
HEIDI A DOLOBACH                       CO HILCO RECEIVABLESEQUABLE ASCENT    301 COMMONWEALTH DRIVE
102 SOUTH WALNUT STREET                ATTN- BANKRUPTCY                      WARRENDALE PA 15086-7508
MASONTOWN PA 15461-2135                1120 LAKE COOK ROAD--SUITE B
                                       BUFFALO GROVE IL 60089-1970



FFPM CARMEL HOLDINGS I LLC             FAYETTE FEDERAL EMPLOYEES FED CREDIT  FIDELITY PROPERTIES INC
CO ABRAHAMSEN RATCHFORD                UN                                    PO BOX 2055
120 NORTH KEYSER AVENUE                364 MORGANTOWN STREET                 ALLIANCE OH 44601-0055
SCRANTON PA 18504-9701                 UNIONTOWN PA 15401-4841
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FIRST NATIONAL BANK OF PA            FORD MOTOR CREDIT COMPANY           FOUNDATION RADIOLOGY GROUP PC
4140 EAST STATE STREET               P O BOX 62180                       PO BOX 60
HERMITAGE PA 16148-3487              COLORADO SPRINGS CO 80962-2180      PITTSBURGH PA 15230-0060


GREEN TREE SERVICING LLC             HEALTHCARE FINANCIAL SERVICES       HYUNDAI MOTOR FINANCE
7340 S KYRENE RD                     1204 KANAWHA BOULEVARD EAST         PO BOX 20829
RECOVERY DEPT - T120                 CHARLESTON WV 25301-2907            FOUNTAIN VALLEY CA 92728-0829
TEMPE AZ 85283-4573


INTERNAL REVENUE SERVICE             JC PENNEY                           JESSE  FRICHTEL PRECISION DENTAL
PO BOX 7346                          PO BOX 965008                       1661 GOLDEN MILE HIGHWAY
PHILADELPHIA PA 19101-7346           ORLANDO FL 32896-5008               PITTSBURGH PA 15146


JOYCE SHEEHAN                        JOYCE SHEEHAN                       LVNV FUNDING
416 MARKET STREET                    CO JOHN M ZEGLEN ESQUIRE            ABRAHAMSEN RATCHFORD
BROWNSVILLE PA 15417-1780            99 EAST MAIN STREET                 120 NORTH KEYSER AVENUE
                                     UNIONTOWN PA 15401-3519             SCRANTON PA 18504-9701


LVNV FUNDING                         LVNV FUNDING                        LVNV FUNDING LLC CO RESURGENT CAPITAL
PO BOX 740281                        CO APOTHAKER SCIAN                  SERVI
HOUSTON TX 77274-0281                2417 WELSH ROAD--SUITE 21 520       PO BOX 10675
                                     PHILADELPHIA PA 19114-2213          GREENVILLE SC 29603-0675


LVNV FUNDING LLC ITS SUCCESSORS AND  ANDREW M LUBIN                      SARAH KATHLEEN MCCAFFERY
ASSIGNS                              MILSTEAD   ASSOCIATES               POWERS KIRN LLC
ASSIGNEE OF HSBC PRIVATE LABEL       1 EAST STOW ROAD                    8 NESHAMINY INTERPLEX
ACQUISITION CORPORATION USA          MARLTON NJ 08053-3118               SUITE 215
RESURGENT CAPITAL SERVICES                                               TREVOSE PA 19053-6980
PO BOX 10587
GREENVILLE SC 29603-0587


MIDLAND FUNDING                      MIDNIGHT VELVET                     MONONGALIA GENERAL HOSPITAL
8875 AERO DRIVESUITE 200             1112 7TH AVENUE                     1200 JD ANDERSON DRIVE
SAN DIEGO CA 92123-2255              MONROE WI 53566-1364                MORGANTOWN WV 26505-3486


MOUNT MACRINA MANOR                  NATIONAL ASSET MANAGEMENT           EXCLUDE
520 WEST MAIN STREET                 400 ROUSER ROADSUITE 202            OFFICE OF THE UNITED STATES TRUSTEE
UNIONTOWN PA 15401-2602              MOON TOWNSHIP PA 15108-2842         LIBERTY CENTER
                                                                         1001 LIBERTY AVENUE SUITE 970
                                                                         PITTSBURGH PA 15222-3721


ORCHARD BANK                         PA DEPARTMENT OF REVENUE            PNC BANK NA
HSBC CARD SERVICES                   BANKRUPTCY DIVISION                 PO BOX 94982
PO BOX 80084                         DEPT 280946                         CLEVELAND OHIO 44101-4982
SALINAS CA 93912-0084                HARRISBURG PA 17128-0946
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PNC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5570<br>BRECKSVILLE OH 44101-0570 | PNC BANK<br>PO BOX 94982<br>CLEVELAND OH 44101-4982 | MATTHEW M PAVLOVICH<br>PAVLOVICH RUSCHAK PC<br>304 ROSS STREET<br>SUITE 500<br>PITTSBURGH PA 15219-2124 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | QUALITY CRAFT DENTAL STUDIO<br>3223 SHALLOWFIELD ROAD<br>ATLANTA GA 30341-3632 | RECEIVABLE MANAGEMENT SERVICES<br>77 HARTLAND STREET SUITE 401<br>PO BOX 280431<br>EAST HARTFORD CT 06128-0431 |
| RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | JOSEPH P SCHALK<br>BARLEY SNYDER<br>126 EAST KING STREET<br>LANCASTER PA 17602-2893 | MORRIS ANTHONY SCOTT<br>SHAPIRO DENARDO LLC<br>SHAPIRO DENARDO<br>3600 HORIZON DRIVE SUITE 150<br>KING OF PRUSSIA PA 19406-4702 |
| SELECT PORTFOLIO SERVICING INC AS SERVICING AGENT FOR THE BANK OF NEW YORK MELLON SUCCESSOR TO THE BANK OF<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | SELECT PORTFOLIO SERVICING INC AS SERVICI<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | RICHARD M SQUIRE<br>RICHARD M SQUIRE ASSOCIATES LLC<br>ONE JENKINTOWN STATION<br>115 WEST AVENUE<br>SUITE 104<br>JENKINTOWN PA 19046-2031 |
| THE BANK OF NEW YORK MELLON ETAL<br>CALIBER HOME LOANS INC<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 | THE BANK OF NEW YORK MELLON<br>CO SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY UT 84165-0250 | THE BANK OF NEW YORK MELLON AS TRUSTEE FOR<br>13801 WIRELESS WAY<br>OKLAHOMA CITY OK 73134-2500 |
| THE BANK OF NEW YORK MELLON SUCCESSOR TO TH<br>CO SELECT PORTFOLIO SERVICING<br>3217 S DECKER LAKE DRIVE<br>SALT LAKE CITY UT 84119-3284 | THE SWISS COLONY<br>1112 7TH AVENUE<br>MONROE WI 53566-1364 | UNITED COLLECTION BUREAU INC<br>5620 SOUTHWYCK BOULEVARD SUITE 206<br>TOLEDO OH 43614-1501 |
| UNIVERSITY HEALTH ASSOCIATES<br>PO BOX 776<br>MORGANTOWN WV 26507-0776 | VERICREST FINANCIAL<br>715 SOUTH METROPOLITAN AVENUE<br>PO BOX 24610<br>OKLAHOMA CITY OK 73124-0610 | VERIZON WIRELESS BANKRUPTCY ADMIN<br>PO BOX 3397<br>BLOOMINGTON IL 61702-3397 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | WELLS FARGO BANK<br>PO BOX 829009<br>DALLAS TX 75382-9009 | WELLS FARGO FINANCIAL<br>PO BOX 98791<br>LAS VEGAS NV 89193-8791 |
| WELTMAN WEINBERG REIS<br>1400 KOPPERS BUILDING<br>436 SEVENTH AVENUE--SUITE 1400<br>PITTSBURGH PA 15219-1842 | WEST VIRGINIA UNIVERSITY HOSPITALS<br>PATIENT ACCOUNTING OFFICE<br>PO BOX 1127<br>MORGANTOWN WV 26507-1127 | ~~EXCLUDE~~<br>~~DANIEL R WHITE~~<br>~~SEDLEY MEHALOV WHITE PC~~<br>~~10 MILL STREET SQUARE~~<br>~~PO BOX 2123~~<br>~~UNIONTOWN PA 15401-1723~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE
~~RONDA J WINNECOUR~~
~~SUITE 3250 USX TOWER~~
~~600 GRANT STREET~~
~~PITTSBURGH PA 15219-2702~~

ZENITH ACQUISITION
170 NORTHPOINTE PARKWAY SUITE 300
BUFFALO NY 14228-1991