**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-20548-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Bernard J. Dolobach
102 South Walnut Street
Masontown PA 15461

Heidi A. Dolobach
102 South Walnut Street
Masontown PA 15461

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2020.

Name and Address of Alleged Transferor(s):

Claim No. 11: Green Tree Servicing LLC, 7340 S. Kyrene Rd., Recovery Dept - T120, Tempe, AZ 85283

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/06/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 15-20548-JAD
Bernard J. Dolobach                                       Chapter 13
Heidi A. Dolobach
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2        User: dpas              Page 1 of 1          Date Rcvd: May 04, 2020
                            Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14069241       +E-mail/PDF: gecsedi@recoverycorp.com May 05 2020 02:49:50      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com,    sromig@barley.com
              Matthew M. Pavlovich    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Matthew M. Pavlovich    on behalf of Defendant    The Bank of New York Mellon
               mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Morris Anthony Scott     on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 pabk@logs.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Defendant    The Bank of New York Mellon lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery     on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual
               capacity but solely as Trustee on behalf of the holders o sarah.mccaffery@powerskirn.com
              Sarah Kathleen McCaffery     on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders
               of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif sarah.mccaffery@powerskirn.com
                                                                                              TOTAL: 17
```