File No.: 9210-002

**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20548 JAD |
| Bernard J. Dolobach and Heidi A. Dolobach, | : | Chapter 13 |
| Debtors. | : | Document No. 90 |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: May 27, 2020, at 11:00 a.m. |
| Applicants, | : | Responses Due: May 1, 2020 |
| vs. | : | |
| No Respondents. | : | |

FILED
5/6/20 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __6th__ day of __May__, 2020, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $10,085.96 for services rendered on behalf of the Debtors for the period from January 30, 2015, through March 20, 2020, which represents $9,170.00, in attorney fees and $915.96 in costs. The fee/cost balance of $5,585.96, remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors. Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

Order prepared by Daniel R. White, Esq.

By: _____ jsf _____ J.
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Bernard J. Dolobach  
Heidi A. Dolobach  
    Debtors

Case No. 15-20548-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: May 06, 2020  
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.
db/jdb     +Bernard J. Dolobach,    Heidi A. Dolobach,    102 South Walnut Street,    Masontown, PA 15461-2135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

      Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com, bkecf@milsteadlaw.com  
      Daniel R. White    on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
      Daniel R. White    on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
      Daniel R. White    on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
      Daniel R. White    on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com  
      Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com, sromig@barley.com  
      Matthew M. Pavlovich    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com, sruschak@prpclaw.com  
      Matthew M. Pavlovich    on behalf of Defendant    The Bank of New York Mellon mpavlovich@prpclaw.com, sruschak@prpclaw.com  
      Morris Anthony Scott    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 pabk@logs.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Richard M. Squire    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com, kdiskin@squirelaw.com  
      Richard M. Squire    on behalf of Defendant    The Bank of New York Mellon lcolwell@squirelaw.com, kdiskin@squirelaw.com  
      Richard M. Squire    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com, kdiskin@squirelaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      Sarah Kathleen McCaffery    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders o sarah.mccaffery@powerskirn.com  
      Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif sarah.mccaffery@powerskirn.com  
      TOTAL: 17