Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bernard J. Dolobach
fdba Dolobach Dentistry
Heidi A. Dolobach
fka Heidi A. Opel**
 Debtor(s)

Bankruptcy Case No.: 15−20548−JAD

Chapter: 13
Docket No.: 102 − 101

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/29/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/8/20 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/29/20.**

                                                                                    Jeffery A. Deller
                                                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-20548-JAD
Bernard J. Dolobach                                                 Chapter 13
Heidi A. Dolobach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur                 Page 1 of 3              Date Rcvd: May 28, 2020
                              Form ID: 408               Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +Bernard J. Dolobach,    Heidi A. Dolobach,   102 South Walnut Street,    Masontown, PA 15461-2135
13998765        Abrahamsen Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13998766       +Apothaker Scian,    520 Fellowship Road--C306,    Mount Laurel, NJ 08054-3410
13998768       +Atlantic Credit & Finance, Inc.,    1729 Pittston Avenue,    Scranton, PA 18505-4514
13998769       +Benco Dental Company,    290 Executive Drive,    Cranberry Twp, PA 16066-6436
13998771       +Bon Ton,   HSBC Retail Services,    P.O. Box 15221,    Wilmington, DE 19850-5221
13998776       +CNA Insurance Companies,    c/o Cisco Inc.,    Dept 11994,    P.O. Box 1259,    Oaks, PA 19456-1259
13998777      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,    PITTSBURGH PA 15243-1477
                (address filed with court:   Collection Service Center, Inc.,    P.O. Box 14931,
                  Pittsburgh, PA 15234-0931)
13998780        CST Co.,   CST Building,    P.O. Box 33127,    Louisville, KY 40232-3127
14013613        Caliber Home Loans,    P.O. Box 24610,    Oklahoma City, OK 73124-0610
13998775        Citifinancial,    P.O. Box 6043,   Sioux Falls, SD 57117-6043
13998778       +Community Bank,    P.O. Box 369,   Donner at Sixth,    Monessen, PA 15062-0369
13998779        Credit Management Control,    100 S. Owasso Boulevard W.,    Saint Paul, MN 55117-1036
13998781       +Dental City,    3205 Yeager,   P.O. Box 8267,    Green Bay, WI 54308-8267
13998783       +Equity One,   c/o Hilco Receivables/Equable Ascent,     Attn: Bankruptcy,
                1120 Lake Cook Road--Suite B,    Buffalo Grove, IL 60089-1970
13998784       +Erie Insurance Exchange,    301 Commonwealth Drive,    Warrendale, PA 15086-7508
13998786       +FFPM Carmel Holdings, I LLC,    c/o Abrahamsen Ratchford,    120 North Keyser Avenue,
                Scranton, PA 18504-9701
13998789      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company,    National Bankruptcy Service Center,
                  P.O. Box 6275,   Dearborn, MI 48121)
13998787       +Fidelity Properties, Inc.,    P.O. Box 2055,    Alliance, OH 44601-0055
13998788        First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13998790        Foundation Radiology Group, PC,    P.O. Box 60,    Pittsburgh, PA 15230-0060
13998791       +Healthcare Financial Services,    1204 Kanawha Boulevard East,    Charleston, WV 25301-2907
13998795       +Jesse & Frichtel Precision Dental,    1661 Golden Mile Highway,    Pittsburgh, PA 15146
13998811       +Joyce Sheehan,    c/o John M. Zeglen, Esquire,    99 East Main Street,   Uniontown, PA 15401-3519
13998810       +Joyce Sheehan,    416 Market Street,   Brownsville, PA 15417-1780
13998797       +LVNV Funding,    Abrahamsen Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13998796       +LVNV Funding,    c/o Apothaker Scian,    2417 Welsh Road--Suite 21 #520,
                Philadelphia, PA 19114-2213
13998801       +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14013614       +Mount Macrina Manor,    520 West Main Street,    Uniontown, PA 15401-2602
13998802       +National Asset Management,    400 Rouser Road--Suite 202,    Moon Township, PA 15108-2842
15237645        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13998803        Orchard Bank,    HSBC Card Services,    P.O. Box 80084,   Salinas, CA 93912-0084
14000971       +PNC BANK, N.A.,    PO BOX 94982,   CLEVELAND, OHIO 44101-4982
13998805       +PNC Bank,    P.O. Box 94982,   Cleveland, OH 44101-4982
13998806        PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13998807       +Quality Craft Dental Studio,    3223 Shallowfield Road,    Atlanta, GA 30341-3632
13998808        Receivable Management Services,    77 Hartland Street, Suite 401,    P.O. Box 280431,
                East Hartford, CT 06128-0431
14016277       +THE BANK OF NEW YORK MELLON, et.al.,     CALIBER HOME LOANS INC.,    13801 WIRELESS WAY,
                OKLAHOMA CITY, OK 73134-2500
14027725       +The Bank of New York Mellon, as Trustee for CIT Mo,     13801 Wireless Way,
                Oklahoma City, OK 73134-2500
13998813       +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
13998814       +University Health Associates,    P.O. Box 776,    Morgantown, WV 26507-0776
13998815        Vericrest Financial,    715 South Metropolitan Avenue,    P.O. Box 24610,
                Oklahoma City, OK 73124-0610
13998817        Wells Fargo Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13998818        Wells Fargo Financial,    P.O. Box 98791,    Las Vegas, NV 89193-8791
13998819       +Weltman, Weinberg & Reis,    1400 Koppers Building,    436 Seventh Avenue--Suite 1400,
                Pittsburgh, PA 15219-1842
13998821       +Zenith Acquisition,    170 Northpointe Parkway--Suite 300,    Buffalo, NY 14228-1991
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                Select Portfolio Servicing, Inc., as servicing age,    PO Box 65250,
                Salt Lake City, UT 84165-0250
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                The Bank of New York Mellon, successor to The Bank,    c/o Select Portfolio Servicing,
                3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
13998767        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 29 2020 04:55:01     Asset Acceptance Corp.,
                P.O. Box 2036,   Warren, MI 48090-2036
14027187       +E-mail/Text: svlainich@communitybank.tv May 29 2020 04:55:17      Community Bank,
                Attn: Collections,    90 W. Chestnut St., Suite 100,    Washington, PA 15301-4524
13998782        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover,    P.O. Box 30943,
                Salt Lake City, UT 84130
```

```
District/off: 0315-2           User: jfur                Page 2 of 3                   Date Rcvd: May 28, 2020
                               Form ID: 408              Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14016391          E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13998785         +E-mail/Text: ffefcu@yahoo.com May 29 2020 04:55:17      Fayette Federal Employees Fed. Credit Un,
                   364 Morgantown Street,    Uniontown, PA 15401-4841
14069241         +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:41      Green Tree Servicing LLC,
                   7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13998792          E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 29 2020 04:55:50
                   Hyundai Motor Finance,    P.O. Box 20829,    Fountain Valley, CA 92728-0829
13998793          E-mail/Text: sbse.cio.bnc.mail@irs.gov May 29 2020 04:54:37      Internal Revenue Service,
                   P.O. Box 7346,    Philadelphia, PA 19101-7346
13998794          E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:51:44      JC Penney,    P.O. Box 965008,
                   Orlando, FL 32896-5008
13998772          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:44      BP,    P.O. Box 15298,
                   Wilmington, DE 19850-5298
13998773          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:45      Chase,
                   P.O. Box 15298,    Wilmington, DE 19850-5298
13998774          E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:45      Chase Bank USA, NA,
                   3700 Wiseman Boulevard,    San Antonio, TX 78251
13998798         +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:57      LVNV Funding,
                   P.O. Box 740281,    Houston, TX 77274-0281
14023462         +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:58
                   LVNV Funding LLC c/o Resurgent Capital Services,    P.O. Box 10675,    Greenville, SC 29603-0675
14074991          E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 05:06:08
                   LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
                   Acquisition Corporation (USA),    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
13998799         +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2020 04:55:06      Midland Funding,
                   8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13998800          E-mail/Text: bankruptcy@sccompanies.com May 29 2020 04:55:55      Midnight Velvet,
                   1112 7th Avenue,    Monroe, WI 53566-1364
13998804          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 04:54:56      PA Department of Revenue,
                   Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
13998809          E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:26
                   Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
15034102         +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                   Select Portfolio Servicing, Inc., as,    servicing agent for The Bank of New,
                   York Mellon, successor to The Bank of,    PO Box 65250,    Salt Lake City UT 84165-0250
15056724          E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                   The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                   Salt Lake City, UT 84165-0250
13998812          E-mail/Text: bankruptcy@sccompanies.com May 29 2020 04:55:55      The Swiss Colony,
                   1112 7th Avenue,    Monroe, WI 53566-1364
13998816          E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2020 04:54:13
                   Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397
13998820          E-mail/Text: hbbankruptcynotices@wvumedicine.org May 29 2020 04:54:22
                   West Virginia University Hospitals,    Patient Accounting Office,    P.O. Box 1127,
                   Morgantown, WV 26507-1127
                                                                                              TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NewRez LLC d/b/a Shellpoint Mortgage Servicing
cr              THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
cr              The Bank of New York Mellon, successor to The Bank
cr              The Bank of New York Mellon, successor to The Bank
13998770       ##+Beneficial Mortgage of PA,    636 Grand Regency Boulevard,    Brandon, FL 33510-3942
                                                                                               TOTALS: 4, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: jfur                Page 3 of 3             Date Rcvd: May 28, 2020
                              Form ID: 408              Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com,    sromig@barley.com
              Matthew M. Pavlovich    on behalf of Defendant    The Bank of New York Mellon
               mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Matthew M. Pavlovich    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Morris Anthony Scott    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Defendant    The Bank of New York Mellon lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual
               capacity but solely as Trustee on behalf of the holders o sarah.mccaffery@powerskirn.com
              Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders
               of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif sarah.mccaffery@powerskirn.com
                                                                                             TOTAL: 17
```