**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BERNARD J. DOLOBACH
HEIDI A. DOLOBACH
        Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
        Movant
    vs.
No Respondents.

Case No.:15-20548 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

May 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/21/2015 and confirmed on 5/4/15. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 166,325.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 166,325.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,371.11 | |
|   Trustee Fee | 6,913.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,284.70 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BENEFICIAL MORTGAGE CORP* (RE)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| BENEFICIAL MORTGAGE CORP* (RE)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 40,477.77 | 0.00 | 40,477.77 |
|   Acct: 3629 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 1,990.71 | 1,990.71 | 0.00 | 1,990.71 |
|   Acct: 3629 | | | | |
| CALIFORNIA UNIVERSITY OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXXXXXXXX9-10 | | | | |
| INTERNAL REVENUE SERVICE* | 9,201.99 | 9,201.99 | 265.07 | 9,467.06 |
|   Acct: 8934 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 21,171.84 | 21,171.84 | 4,080.26 | 25,252.10 |
|   Acct: 1035 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 6,557.23 | 6,557.23 | 1,413.29 | 7,970.52 |
|   Acct: 1040 | | | | |
| HYUNDAI MOTOR FINANCE CO | 8,260.00 | 8,260.00 | 1,231.86 | 9,491.86 |
|   Acct: XXXXXXXXX3565 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 1,102.00 | 1,102.00 | 0.00 | 1,102.00 |
|   Acct: 1040 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4649 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 706.25 | 706.25 | 0.00 | 706.25 |
|   Acct: 1035 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 4,500.00 | 4,500.00 | 0.00 | 4,500.00 |
|   Acct: 4649 | | | | |
| | | | | 100,958.27 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BERNARD J. DOLOBACH | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 2,371.11 | 2,371.11 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX0/20 | | | | |
| INTERNAL REVENUE SERVICE* | 52,089.94 | 52,089.94 | 0.00 | 52,089.94 |
| Acct: 8934 | | | | |
| PA DEPARTMENT OF REVENUE* | 992.09 | 992.09 | 0.00 | 992.09 |
| Acct: 8934 | | | | |
| | | | | 53,082.03 |
| **Unsecured** | | | | |
| ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXX DSB | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORT( | 45,811.22 | 0.00 | 0.00 | 0.00 |
| Acct: 2898 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 20,013.22 | 0.00 | 0.00 | 0.00 |
| Acct: 4649 | | | | |
| CHASE BANK USA NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| FFPM CARMEL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| LVNV FUNDING LLC | 10,068.24 | 0.00 | 0.00 | 0.00 |
| Acct: 1144 | | | | |
| LVNV FUNDING LLC | 8,138.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1728 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXN PA | | | | |
| BENCO DENTAL SUPPLY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| BP/AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX3020 | | | | |
| CHASE/JPMORGAN CHASE(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX9503 | | | | |
| CNA INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXX9700 | | | | |
| COMMUNITY BANK(*) | 20,146.31 | 0.00 | 0.00 | 0.00 |
| Acct: 0255 | | | | |
| DENTAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| DISCOVER BANK(*) | 1,351.16 | 0.00 | 0.00 | 0.00 |
| Acct: 1168 | | | | |
| EQUITY ONE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4507 | | | | |
| ERIE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FAYETTE FEDERAL EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4001 | | | | |
| FAYETTE FEDERAL EMPLOYEES FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXX4005 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| FOUNDATION RADIOLOGY GROUP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| JESSE & FRICHTEL PRECISION DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0620 | | | | |
| MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX1550 | | | | |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   MONONGALIA GENERAL HOSPITAL<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   MT MACRENA<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 5778 | 545.01 | 0.00 | 0.00 | 0.00 |
|   PNC BANK NA<br>    Acct: 9245 | 27,828.88 | 0.00 | 0.00 | 0.00 |
|   QUALITY CRAFT DENTAL STUDIO<br>    Acct: 73 | 0.00 | 0.00 | 0.00 | 0.00 |
|   RESURGENT CAPITAL SVCS<br>    Acct: XXXXXX1428 | 0.00 | 0.00 | 0.00 | 0.00 |
|   RESURGENT CAPITAL SVCS<br>    Acct: XXXXXX3576 | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOYCE SHEEHAN<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE SWISS COLONY<br>    Acct: XXXXXXXXX184A | 0.00 | 0.00 | 0.00 | 0.00 |
|   UNIVERSITY HEALTH ASSOC<br>    Acct: XXX5678 | 0.00 | 0.00 | 0.00 | 0.00 |
|   VERIZON WIRELESS<br>    Acct: XXXXXX4273 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ANDREW L SPIVACK ESQ FOR JOSEPH F<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA<br>    Acct: XXXX3614 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WEST VIRGINIA UNIVERSITY MEDIC<br>    Acct: XXXX8127 | 0.00 | 0.00 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 8934 | 3,526.76 | 0.00 | 0.00 | 0.00 |
|   LVNV FUNDING LLC, ASSIGNEE<br>    Acct: 7087 | 2,200.68 | 0.00 | 0.00 | 0.00 |
|   SARAH K MCCAFFERY ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JAMES C WARMBRODT ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 154,040.30 |

| TOTAL | |
|---|---:|
| CLAIMED | 53,082.03 |
| PRIORITY | 53,490.02 |
| SECURED | 139,629.48 |

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    BERNARD J. DOLOBACH
    HEIDI A. DOLOBACH
        Debtor(s)

    Ronda J. Winnecour
        Movant
       vs.
    No Repondents.

Case No.:15-20548 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                        BY THE COURT:

                                                        _____
                                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20548-JAD
Bernard J. Dolobach                                                       Chapter 13
Heidi A. Dolobach
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 3          Date Rcvd: May 28, 2020
                              Form ID: pdf900         Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
```
db/jdb         +Bernard J. Dolobach,    Heidi A. Dolobach,    102 South Walnut Street,    Masontown, PA 15461-2135
13998765        Abrahamsen Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13998766       +Apothaker Scian,    520 Fellowship Road--C306,    Mount Laurel, NJ 08054-3410
13998768       +Atlantic Credit & Finance, Inc.,    1729 Pittston Avenue,    Scranton, PA 18505-4514
13998769       +Benco Dental Company,    290 Executive Drive,    Cranberry Twp, PA 16066-6436
13998771       +Bon Ton,   HSBC Retail Services,    P.O. Box 15221,    Wilmington, DE 19850-5221
13998776       +CNA Insurance Companies,    c/o Cisco Inc.,   Dept 11994,    P.O. Box 1259,    Oaks, PA 19456-1259
13998777      ++COLLECTION SERVICE CENTER INC,    363 VANADIUM ROAD,    STE 109,   PITTSBURGH PA 15243-1477
                (address filed with court:   Collection Service Center, Inc.,    P.O. Box 14931,
                  Pittsburgh, PA 15234-0931)
13998780        CST Co.,   CST Building,    P.O. Box 33127,   Louisville, KY 40232-3127
14013613        Caliber Home Loans,    P.O. Box 24610,   Oklahoma City, OK 73124-0610
13998775        Citifinancial,    P.O. Box 6043,   Sioux Falls, SD 57117-6043
13998778       +Community Bank,    P.O. Box 369,   Donner at Sixth,    Monessen, PA 15062-0369
13998779        Credit Management Control,    100 S. Owasso Boulevard W.,    Saint Paul, MN 55117-1036
13998781       +Dental City,    3205 Yeager,   P.O. Box 8267,    Green Bay, WI 54308-8267
13998783       +Equity One,    c/o Hilco Receivables/Equable Ascent,    Attn: Bankruptcy,
                 1120 Lake Cook Road--Suite B,    Buffalo Grove, IL 60089-1970
13998784       +Erie Insurance Exchange,    301 Commonwealth Drive,    Warrendale, PA 15086-7508
13998786       +FFPM Carmel Holdings, I LLC,    c/o Abrahamsen Ratchford,    120 North Keyser Avenue,
                 Scranton, PA 18504-9701
13998789      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company,    National Bankruptcy Service Center,
                  P.O. Box 6275,   Dearborn, MI 48121)
13998787       +Fidelity Properties, Inc.,    P.O. Box 2055,   Alliance, OH 44601-0055
13998788        First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13998790        Foundation Radiology Group, PC,    P.O. Box 60,    Pittsburgh, PA 15230-0060
13998791       +Healthcare Financial Services,    1204 Kanawha Boulevard East,    Charleston, WV 25301-2907
13998795       +Jesse & Frichtel Precision Dental,    1661 Golden Mile Highway,    Pittsburgh, PA 15146
13998811       +Joyce Sheehan,    c/o John M. Zeglen, Esquire,    99 East Main Street,    Uniontown, PA 15401-3519
13998810       +Joyce Sheehan,    416 Market Street,    Brownsville, PA 15417-1780
13998797       +LVNV Funding,    Abrahamsen Ratchford,    120 North Keyser Avenue,    Scranton, PA 18504-9701
13998796       +LVNV Funding,    c/o Apothaker Scian,    2417 Welsh Road--Suite 21 #520,
                 Philadelphia, PA 19114-2213
13998801       +Monongalia General Hospital,    1200 JD Anderson Drive,    Morgantown, WV 26505-3486
14013614       +Mount Macrina Manor,    520 West Main Street,    Uniontown, PA 15401-2602
13998802       +National Asset Management,    400 Rouser Road--Suite 202,    Moon Township, PA 15108-2842
15237645        NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
13998803        Orchard Bank,    HSBC Card Services,    P.O. Box 80084,   Salinas, CA 93912-0084
14000971       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13998805       +PNC Bank,    P.O. Box 94982,    Cleveland, OH 44101-4982
13998806        PNC Bank,    Attn: Bankruptcy Department,    P.O. Box 5570,    Brecksville, OH 44101-0570
13998807       +Quality Craft Dental Studio,    3223 Shallowfield Road,    Atlanta, GA 30341-3632
13998808        Receivable Management Services,    77 Hartland Street, Suite 401,    P.O. Box 280431,
                 East Hartford, CT 06128-0431
14016277       +THE BANK OF NEW YORK MELLON, et.al.,    CALIBER HOME LOANS INC.,    13801 WIRELESS WAY,
                 OKLAHOMA CITY, OK 73134-2500
14027725       +The Bank of New York Mellon, as Trustee for CIT Mo,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
13998813       +United Collection Bureau, Inc.,    5620 Southwyck Boulevard--Suite 206,    Toledo, OH 43614-1501
13998814       +University Health Associates,    P.O. Box 776,    Morgantown, WV 26507-0776
13998815        Vericrest Financial,    715 South Metropolitan Avenue,    P.O. Box 24610,
                 Oklahoma City, OK 73124-0610
13998817        Wells Fargo Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
13998818        Wells Fargo Financial,    P.O. Box 98791,    Las Vegas, NV 89193-8791
13998819       +Weltman, Weinberg & Reis,    1400 Koppers Building,    436 Seventh Avenue--Suite 1400,
                 Pittsburgh, PA 15219-1842
13998821       +Zenith Acquisition,    170 Northpointe Parkway--Suite 300,    Buffalo, NY 14228-1991
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                 Select Portfolio Servicing, Inc., as servicing age,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                 The Bank of New York Mellon, successor to The Bank,    c/o Select Portfolio Servicing,
                 3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
13998767        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 29 2020 04:55:01    Asset Acceptance Corp.,
                 P.O. Box 2036,   Warren, MI 48090-2036
14027187       +E-mail/Text: svlainich@communitybank.tv May 29 2020 04:55:17    Community Bank,
                 Attn: Collections,    90 W. Chestnut St., Suite 100,    Washington, PA 15301-4524
13998782        E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26    Discover,    P.O. Box 30943,
                 Salt Lake City, UT 84130
```

```
District/off: 0315-2           User: jfur                 Page 2 of 3                   Date Rcvd: May 28, 2020
                               Form ID: pdf900            Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14016391         E-mail/Text: mrdiscen@discover.com May 29 2020 04:54:26     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH   43054-3025
13998785        +E-mail/Text: ffefcu@yahoo.com May 29 2020 04:55:17     Fayette Federal Employees Fed. Credit Un,
                 364 Morgantown Street,    Uniontown, PA 15401-4841
14069241        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:08      Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
13998792         E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com May 29 2020 04:55:50
                 Hyundai Motor Finance,    P.O. Box 20829,    Fountain Valley, CA 92728-0829
13998793         E-mail/Text: sbse.cio.bnc.mail@irs.gov May 29 2020 04:54:36      Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
13998794        +E-mail/PDF: gecsedi@recoverycorp.com May 29 2020 04:52:46      JC Penney,   P.O. Box 965008,
                 Orlando, FL 32896-5008
13998772         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:43      BP,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
13998773         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:51:47      Chase,
                 P.O. Box 15298,   Wilmington, DE 19850-5298
13998774         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 29 2020 04:52:43      Chase Bank USA, NA,
                 3700 Wiseman Boulevard,    San Antonio, TX 78251
13998798        +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:25      LVNV Funding,
                 P.O. Box 740281,   Houston, TX 77274-0281
14023462        +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:55
                 LVNV Funding LLC c/o Resurgent Capital Services,    P.O. Box 10675,   Greenville, SC 29603-0675
14074991         E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of HSBC Private Label,
                 Acquisition Corporation (USA),    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
13998799        +E-mail/Text: bankruptcydpt@mcmcg.com May 29 2020 04:55:06     Midland Funding,
                 8875 Aero Drive--Suite 200,    San Diego, CA 92123-2255
13998800         E-mail/Text: bankruptcy@sccompanies.com May 29 2020 04:55:55     Midnight Velvet,
                 1112 7th Avenue,   Monroe, WI 53566-1364
13998804         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 04:54:53     PA Department of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, PA 17128-0946
13998809         E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 04:52:56
                 Resurgent Capital Services,    P.O. Box 10587,   Greenville, SC 29603-0587
15034102        +E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                 Select Portfolio Servicing, Inc., as,    servicing agent for The Bank of New,
                 York Mellon, successor to The Bank of,    PO Box 65250,   Salt Lake City UT 84165-0250
15056724         E-mail/Text: jennifer.chacon@spservicing.com May 29 2020 04:55:55
                 The Bank of New York Mellon,    c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
13998812         E-mail/Text: bankruptcy@sccompanies.com May 29 2020 04:55:55     The Swiss Colony,
                 1112 7th Avenue,   Monroe, WI 53566-1364
13998816         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2020 04:54:12
                 Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,   Bloomington, IL 61702-3397
13998820         E-mail/Text: hbbankruptcynotices@wvumedicine.org May 29 2020 04:54:22
                 West Virginia University Hospitals,    Patient Accounting Office,   P.O. Box 1127,
                 Morgantown, WV 26507-1127
                                                                                               TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            NewRez LLC d/b/a Shellpoint Mortgage Servicing
cr            THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT MO
cr            The Bank of New York Mellon, successor to The Bank
cr            The Bank of New York Mellon, successor to The Bank
13998770     ##+Beneficial Mortgage of PA,   636 Grand Regency Boulevard,   Brandon, FL 33510-3942
                                                                                            TOTALS: 4, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jfur              Page 3 of 3           Date Rcvd: May 28, 2020
                              Form ID: pdf900         Total Noticed: 72
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif alubin@milsteadlaw.com,
               bkecf@milsteadlaw.com
              Daniel R. White    on behalf of Joint Debtor Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Heidi A. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Plaintiff Bernard J. Dolobach zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
               New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
               CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
              Joseph P. Schalk    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 jschalk@barley.com,    sromig@barley.com
              Matthew M. Pavlovich    on behalf of Defendant    The Bank of New York Mellon
               mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Matthew M. Pavlovich    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 mpavlovich@prpclaw.com,    sruschak@prpclaw.com
              Morris Anthony Scott    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT
               MORTGAGE LOAN TRUST 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 lcolwell@squirelaw.com,    kdiskin@squirelaw.com
              Richard M. Squire    on behalf of Defendant    The Bank of New York Mellon lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sarah Kathleen McCaffery    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing
               agent for The Bank of New York Mellon, successor to The Bank of New York, not in its individual
               capacity but solely as Trustee on behalf of the holders o sarah.mccaffery@powerskirn.com
              Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, successor to The
               Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders
               of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif sarah.mccaffery@powerskirn.com
                                                                                             TOTAL: 17
```