**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| In re: BERNARD J. DOLOBACH<br>HEIDI A. DOLOBACH<br>Debtor(s) | Case No. 15-20548JAD |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/21/2015.

2) The plan was confirmed on 05/04/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 03/21/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/03/2020.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $30,929.38.

10) Amount of unsecured claims discharged without payment: $296,605.43.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $166,325.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$166,325.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $5,371.11 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,913.59 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$12,284.70**

Attorney fees paid and disclosed by debtor: $1,000.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATLANTIC CREDIT & FINANCE INC+- | Unsecured | 3,197.78 | NA | NA | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 24,513.22 | 4,500.00 | 4,500.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 61,500.00 | 59,226.12 | 0.00 | 40,477.77 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Secured | 0.00 | 1,990.71 | 1,990.71 | 1,990.71 | 0.00 |
| BANK OF NEW YORK MELLON - TRU | Unsecured | 7,642.18 | 0.00 | 20,013.22 | 0.00 | 0.00 |
| BENCO DENTAL SUPPLY COMPANY- | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL MORTGAGE CORP* (RE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BENEFICIAL MORTGAGE CORP* (RE | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| BP/AMOCO | Unsecured | 1,891.00 | NA | NA | 0.00 | 0.00 |
| CALIFORNIA UNIVERSITY OF PA | Secured | 18,738.12 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA(*) | Unsecured | 2,812.87 | NA | NA | 0.00 | 0.00 |
| CHASE/JPMORGAN CHASE(*)++ | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| CNA INSURANCE++ | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK(*) | Unsecured | 14,862.00 | 20,146.31 | 20,146.31 | 0.00 | 0.00 |
| DENTAL CITY | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 1,359.00 | 1,351.16 | 1,351.16 | 0.00 | 0.00 |
| EQUITY ONE++ | Unsecured | 4,465.00 | NA | NA | 0.00 | 0.00 |
| ERIE INSURANCE++ | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE FEDERAL EMPLOYEES FCU | Unsecured | 6,888.00 | NA | NA | 0.00 | 0.00 |
| FAYETTE FEDERAL EMPLOYEES FCU | Unsecured | 5,167.00 | NA | NA | 0.00 | 0.00 |
| FFPM CARMEL HOLDINGS LLC++ | Unsecured | 2,449.40 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 0.00 | 0.00 | 1,102.00 | 1,102.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 0.00 | 0.00 | 706.25 | 706.25 | 0.00 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 21,171.84 | 21,878.09 | 21,171.84 | 21,171.84 | 4,080.26 |
| FIRST NATIONAL BANK OF PA(*) | Secured | 6,557.23 | 7,659.23 | 6,557.23 | 6,557.23 | 1,413.29 |
| FORD MOTOR CREDIT COMPANY LL | Unsecured | 3,969.77 | NA | NA | 0.00 | 0.00 |
| FOUNDATION RADIOLOGY GROUP+- | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Secured | 8,260.00 | NA | 8,260.00 | 8,260.00 | 1,231.86 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 3,526.76 | 3,526.76 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Secured | 6,413.28 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE* | Secured | 0.00 | 9,201.99 | 9,201.99 | 9,201.99 | 265.07 |
| INTERNAL REVENUE SERVICE* | Priority | 53,532.00 | 52,089.94 | 52,089.94 | 52,089.94 | 0.00 |
| JESSE & FRICHTEL PRECISION DENT | Unsecured | 3,042.00 | NA | NA | 0.00 | 0.00 |
| JOYCE SHEEHAN | Unsecured | 7,000.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 9,635.76 | 10,068.24 | 10,068.24 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 8,138.00 | 8,138.00 | 8,138.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 2,200.68 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | NA | 2,200.68 | 2,200.68 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,730.45 | NA | NA | 0.00 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| MONONGALIA GENERAL HOSPITAL | Unsecured | 368.00 | NA | NA | 0.00 | 0.00 |
| MT MACRENA | Unsecured | 101,991.00 | NA | NA | 0.00 | 0.00 |
| NEW REZ LLC D/B/A SHELLPOINT M( | Unsecured | 45,811.22 | 45,811.22 | 45,811.22 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Priority | 1,518.00 | NA | 992.09 | 992.09 | 0.00 |
| PNC BANK NA | Unsecured | 545.01 | 545.01 | 545.01 | 0.00 | 0.00 |
| PNC BANK NA | Unsecured | 27,828.88 | 27,828.88 | 27,828.88 | 0.00 | 0.00 |
| QUALITY CRAFT DENTAL STUDIO | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS | Unsecured | 2,350.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SVCS | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HEALTH ASSOC | Unsecured | 1,926.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 563.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 771.00 | NA | NA | 0.00 | 0.00 |
| WEST VIRGINIA UNIVERSITY MEDIC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $34,037.32 | $74,515.09 | $5,493.55 |
| Mortgage Arrearage | $1,990.71 | $1,990.71 | $0.00 |
| Debt Secured by Vehicle | $8,260.00 | $8,260.00 | $1,231.86 |
| All Other Secured | $9,201.99 | $9,201.99 | $265.07 |
| **TOTAL SECURED:** | **$53,490.02** | **$93,967.79** | **$6,990.48** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $53,082.03 | $53,082.03 | $0.00 |
| **TOTAL PRIORITY**: | **$53,082.03** | **$53,082.03** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$139,629.48** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $12,284.70 | |
| Disbursements to Creditors | $154,040.30 | |
| **TOTAL DISBURSEMENTS** : | | **$166,325.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/24/2020 By: /s/ Ronda J. Winnecour
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.